IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:17-CV-2633-D |
| | § | |
| EVELYN LEE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants' October 31, 2017 motion to dismiss plaintiff's complaint is denied. Without expressing a view on whether defendants have presented grounds for obtaining summary judgment or prevailing on the merits of any of plaintiff's claims at trial, the court concludes that plaintiff has satisfied the facial plausibility standard of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).[*]

**SO ORDERED**.

January 10, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[*]The Civil Justice Expense and Delay Reduction Plan adopted by this court provides that "[e]ach judge will continue to give priority to the monitoring and resolution of pending motions." Plan at § XI(2), *reprinted in* Texas Rules of Court: Federal at 258 (West Pamp. Supp. 2017). To eliminate undue delay and unnecessary expense to the parties to this and other civil actions pending on the court's docket, and because the court has determined that the motion is suitable for resolution in this manner, the court is deciding this motion by order rather than by a more detailed memorandum opinion.